

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00426-CV

| | | |
|---|---|---|
| DANA L. PLUMMER, INDIVIDUALLY AND AS SURVIVING PARENT OF MADYSON TAVIA PLUMMER, AND RONALD K. PLUMMER, INDIVIDUALLY AND AS SURVIVING PARENT OF MADYSON TAVIA PLUMMER, Appellants | § § | On Appeal from the 348th District Court of Tarrant County (348-347321-23) |
| V. | § | September 26, 2024 |
| KARI G. FRANO, D.O. AND KARI G. FRANO, D.O., P.A, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order granting summary judgment. It is ordered that the trial court's order granting summary judgment is affirmed.

It is further ordered that appellants Dana L. Plummer, Individually and as Surviving Parent of Madyson Tavia Plummer, and Ronald K. Plummer, Individually

and as Surviving Parent of Madyson Tavia Plummer, shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack